United States District Court
Southern District of Texas
Galveston Division

| | | |
|---|---|---|
| **Edward Rogers** § | | |
| *Plaintiff* § | | No. 3:20-cv-216 |
| § | | |
| versus § | | Diversity |
| § | | |
| § | | Jury |
| **Standard Eco, LLC,** § | | |
| *Defendant.* § | | |

## SATISFACTION OF JUDGMENT

Comes now, Plaintiff, Edward Rogers, and files this satisfaction of judgment in the above titled caption and would show as follows:

Final Judgment was rendered in favor of Edward Rogers against Defendant Standard Eco, LLC in the above-entitled action on January 3, 2022 in the amount of $124,891.00. Plaintiff acknowledges payment of said judgment in full and desires to release this judgment and hereby fully and completely satisfy the same.

Respectfully Submitted on August 29, 2022

THE CREW LAW FIRM, P.C.
*/s/ Paxton N. Crew*
**Paxton N. Crew**
ATTORNEY-IN-CHARGE FOR PLAINTIFF
SDTX 859147
TBA No. 24058720
303 E. Main, Suite 260
League City, Texas 77573
Paxton@thecrewlawfirm.com
Telephone 713-955-0909
Facsimile 409-908-4050

## **Certificate of Service**

I, Paxton N. Crew, do certify that on this on this 29th day of August 2022, I did serve a copy of the foregoing document on all ECF filers, including counsel for Defendant named below:

Markes Kirkwood, Esq.
Law Offices of Markes E. Kirkwood PLLC
2600 McCullough Ave
San Antonio, TX 78212
    *via e-mail*

                                      */s/ Paxton N. Crew*
                                        Paxton N. Crew